**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHARON ORR LEICHTENBERG,**

        **Plaintiff,**

-vs-                                        **Case No. 6:08-cv-1233-Orl-22GJK**

**LA AMISTAD RESIDENTIAL TREATMENT CENTER, INC. a/k/a LA AMISTAD BEHAVIORAL HEALTH SERVICES and UNIVERSAL HEALTH SERVICES, INC.,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 16) filed on November 18, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed January 5, 2009 (Doc. No. 20) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 16) is GRANTED. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute, and is hereby approved.

3. Defendant Universal Health Services, Inc. is hereby DISMISSED without prejudice pursuant to the parties stipulation of September 4, 2008 (Doc. No. 10).

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 23, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge